# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

VAMSIDHAR VURIMINDI,       : No. 130 EM 2014

          Petitioner       :

          v.       :

COMMONWEALTH OF PENNSYLVANIA, :

          Respondent       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of October, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.